Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*AMERICAN HONDA FINANCE CORPORATION*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN S. LAIRD,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN HONDA FINANCE CORP.;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-CV-01383-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, AMERICAN HONDA FINANCE CORPORATION (hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, GREGORY P. ROMBOLETTI, by and through his counsel of record, DAVID H. KRIEGER, ESQ. of the law firm HAINES & KRIEGER, LLC hereby stipulate and agree to extend the deadline for filing a responsive pleading to June 21, 2017.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for AHFC has only recently been retained to represent AHFC in this matter and has only recently obtained the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

1

1159201V.1

This is the parties' first request for extension of the deadline. The parties' failure to file this stipulation on or before June 7, 2017 (i.e., the original responsive pleading deadline) was the result of a clerical error by counsel for AHFC's former legal assistant, who inadvertently failed to calendar the deadline. Counsel for AHFC immediately contacted Plaintiff's counsel to request a stipulation to extend the deadline upon realizing that the responsive pleading deadline had passed. Plaintiff's counsel graciously agreed to the requested extension. Accordingly, the parties respectfully submit that the failure to submit this stipulation on or before June 7, 2017 was the result of excusable neglect.

DATED this 8th day of June, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant Target Corporation*

DATED this 8th day of June, 2017.

**HAINES & KRIEGER, LLC**

 */s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9806
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorney for Plaintiff Gregory Romboletti*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 9th day of ___ June ___, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1159201V.1