Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
PlusFour, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN S. LAIRD,<br><br>Plaintiff,<br>v.<br><br>PLUSFOUR, INC.; AMERICAN HONDA FINANCE CORP; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-01383-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant PlusFour, Inc. ("Defendant") and Plaintiff Karen S. Laird ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

Defendant and Plaintiff have agreed to an extension of the time for Defendant to respond to Plaintiff's First Amended Complaint (ECF No. 6, filed on June 13, 2017) from August 1, 2017 to September 15, 2017.

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

a. This is the Parties' first stipulation for an enlargement of time to respond to the First Amended Complaint;

b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to on or before September 15, 2017; and

c. This extension is requested to give Plaintiff's counsel sufficient time to obtain documents from third parties to further assess its claims against Defendant before Defendant is required to respond to the First Amended Complaint. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

| MORRIS LAW GROUP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/ Raleigh C. Thompson<br>Raleigh C. Thompson,<br>NV Bar No. 11296<br>Ryan Lower, NV Bar No. 9108<br>411 E. Bonneville Ave., Ste 360<br>Las Vegas, Nevada 89101 | By: /s/ David H. Krieger<br>David H. Krieger,<br>NV Bar No. 9086<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 |
| Attorneys for Defendant<br>PlusFour, Inc. | Attorneys for Plaintiff<br>Karen S. Laird |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**  ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 2, 2017

2