David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, KAREN S. LAIRD*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN S. LAIRD,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORP; EQUIFAX INFORMATION SERVICES, LLC,<br><br>                Defendants. | **Case No. 2:17-cv-01383-JAD-NJK**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO AMERICAN HONDA FINANCE CORP ONLY**<br><br>ECF No. 17 |

      Plaintiff KAREN S. LAIRD and Defendant AMERICAN HONDA FINANCE CORP hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, AMERICAN HONDA FINANCE CORP**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: August 31, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Chad C. Butterfield, Esq.
Chad C. Butterfield, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorney for Defendant AMERICAN HONDA FINANCE CORP*

### ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against American Honda Finance Corp. with prejudice **[ECF 17] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 17] is GRANTED, and all claims against American Honda Finance Corp. are DISMISSED with prejudice**, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: 8-31-17